UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALTON SMITH FAUSETT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-19-509-G |
| | ) |
| AXA EQUITABLE FINANCIAL SERVICES, LLC, a New York Limited Liability Company, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Now before the Court are Motions to Dismiss (Doc. Nos. 5, 6) seeking dismissal of the claims asserted in Plaintiff's initial Complaint (Doc. No. 1). On November 7, 2019, Plaintiff timely filed an Amended Complaint (Doc. No. 18). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motions to Dismiss (Doc. Nos. 5, 6) are DENIED AS MOOT.

IT IS SO ORDERED this 7th day of November, 2019.

_____
CHARLES B. GOODWIN
United States District Judge